Court of Appeal, Fourth Circuit, Parish of Jefferson. 166 So.2d 46.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

167 So.2d 679

**Harry SENSAT**

v.

**TRAVELERS INDEMNITY COMPANY.**

**No. 47473.**

Oct. 14, 1964.

In re: Travelers Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 166 So.2d 316.

The application is denied. According to the facts disclosed in the opinion of the Court of Appeal, the result reached is correct.